# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

MARLON L. SAPP

V.

05-2011-CA-052700

Titusville Police Department

2022 JUL 22 PM 3:49  FILED

## AMENDED

AS the PLAINTIFF and/or RESPONDANT MARLON L. SAPP pro-se, Pursant to civil procedures - of a stop-n-frisk stop, of a Internal investigation stop, of a External investigation stop, the etc; moves this court for a hearing in this case, to file formal or informal charges –

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

MARLON L SAPP

V.

Titusville Police Department

AMENDED
COLLATERAL ESTOPPER

As the PLAINTIFF and/or RESPONDANT MARLON L. SAPP pro se, Pursant to civil Procedures - of a stop-n-frisk stop, of a Internal investigation stop, of a deliberate aggreivation, of a reckless-relentless-unexcusible stop, the excusible acts would not be thought of-

ALTO: COVER SHEET

## VERIFICATION OF CHARGE(S)

In this §1983 action and/or infringing action under U.S.C.A. Laws, ordinances, Rules or treaties I will file formal charges on the acting parties), PLAINTIFF and/or RESPONDANT MARLON L SAPP can and will allege these violation under constitutional LAW, Rules, the etc. His CIVIL RIGHTS and CONSTITUTIONAL RIGHTS that has not yet been pursued, under these following factual evidence:

• Malicious prosecution - false imprisonment with arrest also, the inaccurate custody, the imprecise custody, the treacherous custody, the unfaithful custody, Abuse of process, Soliciting, the trespass statues, invidious discrimination, and/or intimidation's, these forcible felony(ies), these Ambushes in court, Fraud on the court violation, this rights to restore my interigty to expung or seal any other wrongful case, this is multipul prosecution, actual Malice with unlawful repetitiousness, deliberate indifference's, under the color of LAW, violations of Duties & liabilities supremacy clause, Grandfather clause also in this violation, unproper juror instrictions, sources, the etc., constitutional Legislation violation, subject matter of eminent Domain & taking clauses violation's, unauthorized agent(s)

1

D                                                    1 cont

## Statements of Fact

Defendant/Detective was not equal to Plaintiff/Respondent rights were not offered to him before Defendant/Detective interrogation/ask question's, Defendant/Detective particlar facts showen spontanious questioning to Plaintiff/Respondent and I quoto from Defendant/Detective "where are the condoms, those two people that was/were over here - the girl and the guy" Defendant/Detective did not listen to the plaintiff/Respondent when Plaintiff/Respondent said and I quoto from my voice "I do not know what you are talking about" Defendant/Detective did not relinquish or abandon his stalking interrogation/questioning instead Defendant/Detective offered plaintiff/Respondent colliter and/or Bribery at 3mths, 3 yrs to 3 decades down the road after Plaintiff/Respondent quoted 3 times, and I quoto from my voice "I do not know what you are talking about" after each 3 complete sentence's from Defendant/Detective, that should have been on audio tape, police report and/or video;

Under these statutes Defendant/Detective have/has violated Plaintiff/Respondent constitutional and civil privileges, by law, ordnance, Rules and/or treaties; section 924.071(2)-§895.02-§843.02-Miranda Rules-§776.051-§784.01-§727.201-§394.22-§2.01, §1014, 1028-§812.012-§550.47-§924.071(2)-§83-11336, §12

## A Failure to Protect

I will criminalize these people or person under the following information. These are the following reason's I should be free, as a individual under the constitution of the United States, I should be free under due respect, under any and all constitutional laws, rules, treaties, and/or ordnance's, I should be free—under breach of contract when expense set forth is defense, under ordainary proof of the law by criminal intent by local law enforcement and state officials, under the intentional infliction of emotional distress Act, under the intentional interference with family association Act, under State Laws, under outrageousness extreme degree doctorian under possible bounds of decency that was not showed, to be regarded as outrocious and is not tolerated in a civilized community and those statutes of pain and suffering should be applied and under the elements of arbitrariness that involved a fair assement of pain, under midldful damages that should occurred right now, under any immunities for the constitution privileges

I will sue. I will prosecute. I will hold them accountable for violation's mainly cause of these civil and constitutional laws,

E

2

and more, under these statutes, of the following – Katz V. U.S., 389 U.S. 347 (1967) – Miranda V. Arizona, 384 U.S. 436 (1966) – Wong Son V. U.S., 391 U.S. 471 (1963) and/or the United States Constitution and 4th plus 5th, 6th Amendment plus Article 1 Section 9 and 312, 316 of the Florida Constitution or of violation's "Fruit of Poisonous Tree" and under these case laws, I will sue, I will criminalize these people, of the following – Kalisz V. State, 124 So. 3d 185 – State V. Powell, 66 So. 3d 905 – Brady plus Giglio Laws

### Claim Relief

Plaintiff/Respondant expect to be able, to use the information/exhaust from the first action/motion and/or litigation also to explain, to harbor, for justice in the name of the United States Constitution, and also Civil Rights Constitution for my Civil Rights governing the Nation/States. I will like to sue under these privileges and rights

F

# RELIEF

PLAINTIFF/RESPONDANT- demands judgement in the amount within the jurisdiction of this court in the sum of 700,000 to 700,000,000 any other RELIEF court deems proper

Respectfully Submitted

/s/ Marlon L Spp