UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARLON L. SAPP,**

      **Plaintiff,**

v.                                Case No.  6:22-cv-1301-CEM-DAB

**TITUSVILLE POLICE DEPARTMENT,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff Marlon L. Sapp's Civil Rights Complaint filed pursuant to 42 U.S.C. § 1983 ("Complaint," Doc. 1). Plaintiff, a prisoner proceeding *pro se*, has not paid the filing fee.

Section 1915(g) of Title 28 limits a prisoner's ability to bring a civil action without paying the full filing fee as follows:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Thus, if a prisoner has had three or more cases dismissed for

one of these three reasons, he or she may not proceed *in forma pauperis* and must pay the full filing fee when the lawsuit is initiated. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002). Courts must dismiss cases, even *sua sponte*, under 28 U.S.C. § 1915(g). *See, e.g., Casey v. Scott,* 493 F. App'x 1000, 1001 (11th Cir. 2012).

The Court takes judicial notice of the following federal cases brought by Plaintiff that were dismissed on the grounds they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 6:00-cv-346-PCF-JGG; (2) 6:06-cv-481-JA-DAB; and (3) 6:06-cv-751-JA-JGG. Based on these prior dismissals and Plaintiff's failure to allege that he is under imminent danger of serious physical injury, he is not permitted to proceed *in forma pauperis* and was required to pay the filing fee when he initiated this action. Therefore, this case will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form accompanied with the full filing fee.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The Clerk of the Court is directed to close this case and enter judgment accordingly.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties